**SEALED**

**FILED**

JUL 19 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 2:13-MJ-217-CKD |
| Plaintiff, | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| v. | |
| KEON NUNNELLY, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, warrant for arrest and affidavit in support of arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: 7/19/2013

CAROLYN K. DELANEY
United States Magistrate Judge
Eastern District of California